VISPY HOSI PANTHAKI
743 Arcadia Avenue, #4
Arcadia, CA 91007
County of Los Angeles
(626) 201-2922

Pro Per

**ORIGINAL**

FILED
2017 FEB -3 PM 12: 20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LA CV17 00895-RSWL-RAOx

| | |
|---|---|
| LOTUS PROPERTY SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VISPY HOSI PANTHAKI AKA VISPI HOSI PANTHAKI <br> Does 1 to 10, inclusive, <br><br> Defendant(s). | Case No. <br><br> **NOTICE OF REMOVAL** |

BY FAX

TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that defendants Vispy Hosi Panthaki ("Defendant") hereby removes to this Court the above-captioned action described further below:

1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On 12/30/16, Plaintiff, Lotus Property Services, Inc., ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Los Angeles, entitled

NOTICE OF REMOVAL

1.

"LOTUS PROPERTY SERVICES, INC vs VISPY HOSI PANTHAKI AKA VISPI HOSI PANTHAKI".

Defendant's Answer to the complaint for unlawful detainer was based on a defective Notice to quit.

A copy of the relevant pleadings, i.e., summons, complaint, and Answer are attached hereto as **Exhibit A.**

2. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

3. There are no other named Defendants in the action.

4. No previous request has been made for the relief requested.

5. The Superior Court of California for the County of Los Angeles is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

2. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

7. The complaint for Unlawful Detainer is subject to strict notice requirements.

8. Defendant filed an Answer to the complaint based on a 3-Day Notice, i.e., Notice to Pay Rent or Quit, that failed to comply with *Code of Civil Procedure* § 1161(2).

9. Notwithstanding said violation of *Code of Civil Procedure* § 1161(2), the Superior Court for the County of Los Angeles did not sustain the Answer.

10. Federal question exists because Defendant's Answer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law.

Wherefore, Vispy Hosi Panthaki respectfully removes this action from the California Superior Court for the County of Los Angeles this Court pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

Dated: 2/2/2017                By: _____

Vispy Hosi Panthaki

**Defendant, In Pro Per**

NOTICE OF REMOVAL

3.

# EXHIBIT A

Case 2:17-cv-00895-PSG-RAO Document 1 Filed 02/03/17 Page 5 of 13 Page ID #:5

4.

**SUMMONS** \
*(CITACION JUDICIAL)* \
**UNLAWFUL DETAINER—EVICTION** \
*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

SUM-130

FOR COURT USE ONLY \
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY \
ORIGINAL FILED \
Superior Court of California \
County of Los Angeles

DEC 30 2016

Sherri R. Carter, Executive Officer/Clerk \
By Diana Kirby, Deputy

**NOTICE TO DEFENDANT:** \
*(AVISO AL DEMANDADO):* \
VISPY HOSI PANTHAKI AKA VISPI HOSI PANTHAKI

DOES 1 TO 10, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:** \
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

LOTUS PROPERTY SERVICES, INC.

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales Para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte Para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

1. The name and address of the court is: \
*(El nombre y dirección de la corte es):* \
Pasadena Courthouse - Northeast District \
300 East Walnut Street \
Pasadena, CA 91101

CASE NUMBER: *(Número del caso):* 16P05913

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: \
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* \
Michael A. Brennan, Brennan Law Firm, 67 E. Live Oak Avenue, Suite 105, , Arcadia, CA 91006 \
Tel: (626)294-0500   Bar No.

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§6400-6415)  ☒ did not  ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: *(Fecha)* DEC 3 0 2016 \
~~SHERRI R. CARTER,~~ Executive Officer/Clerk \
*(Secretario)* ~~DIANA KIRBY, DEPUTY CLERK~~, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)* \
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**4. NOTICE TO THE PERSON SERVED:** You are served

a. ☒ as an individual defendant \
b. ☐ as the person sued under the fictitious name of *(specify):* \
c. ☐ as an occupant \
d. ☐ on behalf of *(specify):*

under: \
☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor) \
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee) \
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person) \
☐ CCP 415.46 (occupant)            ☐ other *(specify):*

5. ☒ by personal delivery on *(date):* 1-3-16

Page 1 of 2

Form Adopted for Mandatory Use Judicial Council of California \
SUM-130 [Rev. July 1, 2009] \
**SUMMONS—UNLAWFUL DETAINER—EVICTION** \
Code of Civil Procedure, §§ 412.20, 415.456, 1167

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael A. Brennan BAR NUMBER: 249342<br>Brennan Law Firm<br>67 E. Live Oak Avenue, Suite 105<br>Arcadia, CA 91006<br>TELEPHONE NO. (626)294-0500 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>DEC 30 2016<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By Diana Kirby, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 300 East Walnut Street
MAILING ADDRESS: 300 East Walnut Street
CITY AND ZIP CODE: Pasadena, CA 91101
BRANCH NAME: Pasadena Courthouse

PLAINTIFF: LOTUS PROPERTY SERVICES, INC.
DEFENDANT: VISPY HOSI PANTHAKI AKA VISPI HOSI PANTHAKI

☒ DOES 1 to 10, inclusive

| COMPLAINT — UNLAWFUL DETAINER* | CASE NUMBER: 16P05918 |
|---|---|
| ☒ COMPLAINT ☐ AMENDED COMPLAINT (Amendment Number): | |

Jurisdiction (check all that apply):

☒ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☒ does not exceed $10,000
☐ exceeds $10,000 but does not exceed $25,000

☐ ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)

☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
☐ from unlawful detainer to general unlimited civil (possession not in issue) ☐ from limited to unlimited
☐ from unlawful detainer to general limited civil (possession not in issue) ☐ from unlimited to limited

1. PLAINTIFF (name each): LOTUS PROPERTY SERVICES, INC.
   alleges causes of action against DEFENDANT (name each): VISPY HOSI PANTHAKI AKA VISPI HOSI PANTHAKI

2. a. Plaintiff is (1) ☐ an individual over the age of 18 years. (4) ☐ a partnership.
   (2) ☐ a public agency (5) ☒ a corporation.
   (3) ☐ other (specify):
   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   743 ARCADIA AVE., #4, ARCADIA, CA 91007, LOS ANGELES COUNTY

4. Plaintiff's interest in the premises is ☐ as owner ☒ other (specify): AGENT

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

6. a. On or about (date): 09/02/16 defendant (name each): VISPY HOSI PANTHAKI AKA VISPI HOSI PANTHAKI
   (1) agreed to rent the premises as a ☐ month-to-month tenancy ☒ other tenancy (specify): ONE (1) YEAR
   (2) agreed to pay rent of $ 1595.00 payable ☒ monthly ☐ other (specify frequency):
   (3) agreed to pay rent on the ☒ first of the month ☐ other day (specify):
   b. This ☒ written ☐ oral agreement was made with
   (1) ☒ plaintiff. (3) ☐ plaintiff's predecessor in interest.
   (2) ☐ plaintiff's agent (4) ☐ other (specify):

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.17, 1166
www.courtinfo.ca.gov

| PLAINTIFF (Name): LOTUS PROPERTY SERVICES, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT(Name): VISPY HOSI PANTHAKI AKA VISPI HOSI PANTHAKI | |

6. c. ☒ The defendants not named in item 6a are
   - (1) ☐ subtenants.
   - (2) ☐ assignees.
   - (3) ☒ other *(specify):* Unauthorized subtenants

   d. ☐ The agreement was later changed as follows *(specify):*

   e. ☒ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

   f. ☐ *(For residential property)* A copy of the written agreement is not attached because *(specify reason):*
   - (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   - (2) ☐ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☒ a. Defendant *(name each):* VISPY HOSI PANTHAKI AKA VISPI HOSI PANTHAKI

   was served the following notice on the same date and in the same manner:
   - (1) ☒ 3-day notice to pay rent or quit
   - (2) ☐ 30-day notice to quit
   - (3) ☐ 60-day notice to quit
   - (4) ☐ 3-day notice to perform covenants or quit
   - (5) ☐ 3-day notice to quit
   - (6) ☐ Other *(specify):*

   b. (1) On *(date):* 12/12/2016 the period stated in the notice expired at the end of the day.
      (2) Defendants failed to comply with the requirements of the notice by that date.

   c. All facts stated in the notice are true.

   d. ☒ The notice included an election of forfeiture.

   e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.)*

   f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)*

8. a. ☒ The notice in item 7a was served on the defendant named in item 7a as follows:
   - (1) ☐ by personally handing a copy to defendant on *(date):*
   - (2) ☐ by leaving a copy with *(name or description):*
     a person of suitable age and discretion, on *(date):* at defendant's
     ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on
     *(date):* because defendant cannot be found at defendant's residence or usual place of business.
   - (3) ☒ by posting a copy on the premises on *(date):* 12/07/2016 ☐ AND giving a copy to a
     person found residing at the premises AND mailing a copy to defendant at the premises on
     *(date):* 12/07/2016
     - (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
     - (b) ☒ because no person of suitable age or discretion can be found there.
   - (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date):*
   - (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.

   b. ☐ *(Name):*
   was served on behalf of all defendants who signed a joint written rental agreement.

   c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

   d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

---

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 2 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>UD-100 [Rev. July 1, 2005] | **COMPLAINT—UNLAWFUL DETAINER** | Civil Code, § 1940 et seq<br>Code of Civil Procedure §§ 425.12, 1166<br>www.courtinfo.ca.gov |

| PLAINTIFF (Name): LOTUS PROPERTY SERVICES, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): VISPY HOSI PANTHAKI AKA VISPI HOSI PANTHAKI | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 4040.00
11. ☒ The fair rental value of the premises is $ 52.49 per day.
12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. ☒ A written agreement between the parties provides for attorney fees.
14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

    Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. PLAINTIFF REQUESTS
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☒ past-due rent of $ 4040.00
    d. ☒ reasonable attorney fees.
    e. ☒ forfeiture of the agreement.
    f. ☒ damages at the rate stated in item 11 from *(date):* 01/01/2017 for each day that defendants remain in possession through entry of judgment.
    g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
    h. ☒ other *(specify):* as the court deems just and proper

18. ☒ Number of pages attached *(specify):* 9

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

    a. Assistant's Name:
    b. Street address, city, and zip code:
    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date: December 30, 2016

Michael A. Brennan
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 3 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov



UD-105

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | FOR COURT USE ONLY |
|---|---|---|
| NAME: VISPY HOSI PANTHAKI | STATE BAR NO.: | |
| FIRM NAME: | | |
| ADDRESS: 743 Arcadia Avenue, #4 | | CONFORMED COPY ORIGINAL FILED Superior Court of California County of Los Angeles JAN 17 2017 Sherri R. Carter, Executive Officer/Clerk By Diana Kirby, Deputy |
| CITY: Arcadia, | STATE: CA   ZIP CODE: 91007 | |
| E-MAIL ADDRESS (Optional): | TELEPHONE NO.: (626) 201-2922 | |
| ATTORNEY FOR (Name): | FAX NO. (Optional): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 300 East Walnut Street
MAILING ADDRESS: same
CITY AND ZIP CODE: Pasadena, CA 91101
BRANCH NAME: Pasadena Courthouse

PLAINTIFF: LOTUS PROPERTY SERVICES, INC
DEFENDANT: VISPY HOSI PANTHAKI

| ANSWER—UNLAWFUL DETAINER | CASE NUMBER: 16P05913 |
|---|---|

1. Defendant *(each defendant for whom this answer is filed must be named and must sign this answer unless his or her attorney signs):* VISPY HOSI PANTHAKI

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. ☐ Defendant generally denies each statement of the complaint. *(Do not check this box if the complaint demands more than $1,000.)*
   b. ☑ Defendant admits that all of the statements of the complaint are true EXCEPT:
      (1) Defendant claims the following statements of the complaint are false *(state paragraph numbers from the complaint or explain below or on form MC-025):*  ☐ Explanation is on MC-025, titled as Attachment 2b(1).

      7 thru 10

      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(state paragraph numbers from the complaint or explain below or on form MC-025):*
      ☐ Explanation is on MC-025, titled as Attachment 2b(2).

3. AFFIRMATIVE DEFENSES *(NOTE: For each box checked, you must state brief facts to support it in item 3k (top of page 2).)*
   a. ☐ *(nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ *(nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ *(nonpayment of rent only)* On *(date):* _____ before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☑ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☑ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or the laws of the United States or California.
   g. ☑ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

      *(Also, briefly state in item 3k the facts showing violation of the ordinance.)*
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☐ Plaintiff seeks to evict defendant based on acts against defendant or a member of defendant's household that constitute domestic violence, sexual assault, or stalking. *(A temporary restraining order, protective order, or police report not more than 180 days old is required naming you or your household member as the protected party or a victim of these crimes.)*
   j. ☑ Other affirmative defenses are stated in item 3k.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
UD-105 [Rev. January 1, 2012]

**ANSWER—UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.;
Code of Civil Procedure, § 425.12, § 1161 et seq.
www.courts.ca.gov



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
LOTUS PROPERTY SERVICES, INC

**DEFENDANTS** ( Check box if you are representing yourself ☒ )
VISPY HOSI PANTHAKI AKA VISPI HOSI PANTHAKI
Does 1 to 10, inclusive

**(b) County of Residence of First Listed Plaintiff** los angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** los angeles
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
Michael A. Brennan
67 E. Live Oak Avenue, Suite 105
Arcadia, CA 91006

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
VISPY HOSI PANTHAKI
743 Arcadia Avenue, #4
Arcadia, CA 91007
County of Los Angeles

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1. Original Proceeding
- ☒ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

BY FAX

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No  (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1441(a) and/or (b)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☒ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**  Case Number:  LA CV17 00895-RSWL-RAOx

CV-71 (06/14)                       CIVIL COVER SHEET                        Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>[X] Yes   [ ] No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | [X] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>[ ] Yes  [X] No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | [X] NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [X] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>[ ] Yes  [X] No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | [X] NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [X] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |

| D.1. Is there at least one answer in Column A?<br>[ ] Yes  [X] No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>[ ] Yes  [X] No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br><br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes | [X] No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?** ☒ NO ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed **in this court?** ☒ NO ☐ YES

If yes, list case number(s):

Civil cases are related when they:

☐ A. Arise from the same or closely related transactions, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** DATE: 2/2/2017

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |